UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                        :

YANZHEN CHEN,                      :

                    Plaintiff,      :

                               :             25-CV-5004 (JMF)

            -v-                :

                               :              ORDER

KRISTI NOEM, ET AL.,         :

                  Defendants.    :

                               :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     On August 29, 2025, Defendants filed a motion to dismiss Plaintiff's claims under Rule

12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-

one (21) days after the service of a motion under Rule 12(b) to amend a pleading once as a

matter of course. Because Plaintiff is proceeding *pro se*, however, the Court will give Plaintiff

additional time to amend the mandamus petition.

     Accordingly, it is hereby ORDERED that Plaintiff shall file any amendments to the

mandamus petition by **October 10, 2025.** If Plaintiff believes that the pleading of additional

facts will cure deficiencies identified in the motion to dismiss, Plaintiff should include those

facts in the amended pleading.[1] Plaintiff will not be given any further opportunity to amend the

complaint to address issues raised by the motion to dismiss.

     If Plaintiff does amend, by three (3) weeks after the amended pleading is filed,

Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF

---

[1]     If possible, Plaintiff shall file any amended complaint with a redline showing all differences between the original and revised filings, pursuant to Local Civil Rule 15.1, which is available at https://www.nysd.uscourts.gov/rules.

stating that it relies on the previously filed motion to dismiss.  If Defendants files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.

If no amended mandamus petition is filed, Plaintiff shall file any opposition to the motion to dismiss by **October 10, 2025.**  Defendants' reply, if any, shall be filed by **October 24, 2025**.

Either party may request an extension of the briefing schedule for the motion.  A deadline will be extended if the party demonstrates that its pursuit of the action has been diligent and that there is a good reason for extending the deadline.

Finally, the Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: September 2, 2025
New York, New York

_____
JESSE M. FURMAN
United States District Judge