UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
YANZHEN CHEN,                                                            :
                                Plaintiff,                       :
:  25-CV-5004 (JMF)
                -v-                                                     :
:  ORDER
KRISTI NOEM, ET AL.,                                                     :
                                Defendants.                     :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, District Judge:

On October 9, 2025, this Court issued an Order directing Plaintiff to communicate with the Court by October 23, 2025, indicating whether Plaintiff objects to Defendants' request to dismiss the case as moot. *See* ECF No. 20. On October 10, 2025, the Plaintiff filed a request to withdraw the case. *See* ECF No. 21.

Accordingly, it is hereby ORDERED that the case is dismissed as moot. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case and to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 16, 2025
         New York, New York

                                                      JESSE M. FURMAN
                                         United States District Judge